IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

MELISSA SUE KING,

    Plaintiff,

v.

JANE M. MONGOLD, ERIC CONWAY,
J. THERESA ARMSTRONG and
JOHN G. ARMSTRONG,

    Defendants.

JUDGMENT IN A CIVIL CASE

Case No. 16-cv-493-wmc

This action came for consideration before the court with District Judge William M. Conley presiding. The issues have been considered and a decision has been rendered.

IT IS ORDERED AND ADJUDGED that judgment is entered dismissing this case for lack of subject matter jurisdiction.

/s/                                                      1/3/2017

Peter Oppeneer, Clerk of Court                  Date